IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GREG LUBISCH, | ) | No. C 14-00060 EJD (PR) |
| Plaintiff, | ) ) | ORDER OF DISMISSAL |
| v. | ) ) | |
| JUDICIAL COUNCIL OF CALIFORNIA, et al., | ) ) ) | |
| Defendants. | ) ) | |

On January 6, 2014, Plaintiff filed a complaint pursuant to 42 U.S.C. § 1983, and a motion for leave to proceed in forma pauperis ("IFP"), (Docket No. 2). On the same day, the Clerk sent Plaintiff a notice that his IFP application was insufficient because he had failed to submit a Certificate of Funds in Prisoner's Account completed and signed by an authorized officer at the prison and a copy of his prisoner trust fund account statement for the last six months. (See Docket No. 5.) The notice included the warning that Plaintiff must respond within twenty-eight days to avoid dismissal of this action. (Id.) The deadline has passed and Plaintiff has not filed an IFP application or paid the filing fee. Accordingly, Plaintiff's case is DISMISSED without prejudice.

The Clerk shall terminate any pending motions and close the file.

DATED: 4/10/2014

EDWARD J. DAVILA
United States District Judge

Order of Dismissal
00060Lubisch_dism-ifp.wpd

1

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

GREG LUBISCH,

        Plaintiff,

  v.

JUDICIAL COUNCIL OF CALIFORNIA, et al.,

        Defendants.
                                            /

Case Number: CV14-00060 EJD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on  4/10/2014 , I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Greg Lubisch J-12674079
Hall of Justice
850 Bryant Street, 7th Floor
San Francisco, CA 94103

Dated:  4/10/2014

                                            Richard W. Wieking, Clerk
                                   /s/  By: Elizabeth Garcia, Deputy Clerk